**FILED**

MAR 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.    Case # 06-CR-63 RJL

JOSEPH COLON

## ENTRANCE OF APPEARANCE

Please enter the appearance of RICHARD WINELANDER, on behalf of JOSEPH COLON in the above captioned case.

Respectfully submitted,
Joseph Colon
By and through counsel

*[signature]*

Richard Winelander
D.C. Bar #: 420697
1005 North Calvert Street
Baltimore, MD 21202
rw@rightverdict.com
410- 576-7980

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY**, that a copy of the foregoing Entry of Appearance was hand delivered this 14th day of March 2006, to:

John Carlin, Esq.
Office of the United States Attorney
Judiciary Center
555 Fourth Street N.W.
Washington, D.C. 20001

*[signature]*

Richard Winelander