# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                                    Case #  06-CR-63 RJL

**JOSEPH COLON**

## ENTRANCE OF APPEARANCE

Please enter the appearance of RICHARD WINELANDER, on behalf of JOSEPH COLON in the above captioned case.

Respectfully submitted,
Joseph Colon
By and through counsel

         /S/

Richard Winelander
D.C. Bar #: 420697
1005 North Calvert Street
Baltimore, MD 21202
rw@rightverdict.com
410- 576-7980

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY**, that a copy of the foregoing Entry of Appearance was hand delivered this 14th   day of March 2006, to:

John Carlin, Esq.
Office of the United States Attorney
Judiciary Center
555 Fourth Street N.W.
Washington, D.C. 20001

         /s/
Richard Winelander

*Richard Winelander Esq.*
1005 North Calvert Street
Baltimore, MD  21202
410-576-7980

1