AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, C
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

CASE NUMBER: CR06-63

I, _Joseph T. Colon_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/24/2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____