UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO.: 06-063 (RJL)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH T. COLON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned attorneys, hereby moves to continue the sentencing hearing that the Court set for June 23, 2006. The defense has contested the loss calculation in the Presentence Report and the government needs additional time to obtain from the victim the basis of the loss calculation. Defense counsel does not oppose this request, and both parties are available on July 5, 2006, at 3:00 pm if that date and time is available for the Court.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN.
                                                UNITED STATES ATTORNEY
                                                BAR NO. 451058

BY: _____
       John Carlin
       Assistant United States Attorney

DATED: _____

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the attached Motion to Exclude Time Under the Speedy Trial Act and Proposed Order and Findings of Fact was served via facsimile to defense counsel:

Richard Winelander, Esq.
1005 Calvert Street
Baltimore, Maryland, 21202-3823
410-576-7980

_____
John Carlin
Assistant United States Attorney