UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO.: 06-063 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH T. COLON,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

FOR GOOD CAUSE SHOWN, the Government's Unopposed Motion to Continue Sentencing is hereby GRANTED. The hearing scheduled for June 23, 2006, is continued until _____, 2006, at \_\_\_\_\_.


DATED: _____      _____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


Copies to:
Richard Winelander, Esq.
1005 Calvert Street
Baltimore, Maryland, 21202-3823

AUSA John Carlin