HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2006 JUN 14 P 2:40

PROBATION OFFICE
E. BARRETT PRETTYMAN
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: **06-CR-00063** |
| vs. | SSN: |
| COLON, Joseph T. | Disclosure Date: **May 25, 2006** |

FILED
JUN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                        **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 6/8/06          _____ 6/8/6
**Defendant**           **Date**           **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **June 09, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By: Richard A. Houck, Jr., Chief
United States Probation Officer

# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Case #  06-CR-63 RJL

JOSEPH COLON

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

JOSEPH COLON by and through his attorney, Richard Winelander, make the following objections to the Presentence Investigation Report:

1. The defendant objects to ¶ 11 of the report because it is incomplete and misleading. The defendant deleted one folder after he was told by his direct supervisor Donna Baird that his access was denied. After he got off the phone with her he was upset and wanted to verified that his access was really denied. It was at that time he deleted one folder. When he was interviewed by FBI personnel later that day he informed them immediately that he a deleted that one folder.

2. The defendant objects to ¶ 12 of the report because there is no basis for the figure of $42,500. To the extent that it represents the cost of changing passwords for all FBI employees the figure is overblown and unnecessary. Employees are required to change their password every 90 days a process that at most takes seconds.

3. The defendant objects to ¶ 19 of the report insomuch that it increases his base offense level by six points as a result of the $42,500 loss the FBI claims. Application note 3(A) indicates that the general rule is the loss under section (b)(1)is the "greater of actual loss

*Richard Winelander Esq.*
1005 North Calvert Street
Baltimore, MD 21202
410-576-7980

1

or intended loss." Actual loss means the reasonably foreseeable pecuniary harm that resulted from the offense. Here there was no foreseeable harm because everything the defendant did was at request of the FBI's agents in Springfield. His initial access to the FBI's secret internal computer network was a result of and only possible because the FBI agent Stan Pierce gave him access. This was done to avoid the "ticket procedure" to save time during the rollover from one operating system to another. Moreover there was no intended loss because everything the defendant did was for the benefit of the FBI. He intended no harm to the FBI rather he intended only to help it save time and money.

4. The defendant objects to ¶ 22 of the report because he was not in a "position of public trust." Additionally the defendant did not abuse a position of public or private trust, or used a special skill, in a manner that significantly facilitated the commission or concealment of the offense. Everything he did was known to and or at the request of the FBI agents in Springfield.

5. The defendant objects to ¶ 65 of the report because he was not convicted of a "felony offense."

Respectfully submitted,
Joseph Colon
By and through counsel

/s/

Richard Winelander
D.C. Bar #: 420697
1005 North Calvert Street
Baltimore, MD 21202
rw@rightverdict.com
410- 576-7980

## CERTIFICATE OF SERVICE

      **THIS IS TO CERTIFY**, that a copy of the foregoing objections to the Presentence Investigation Report was mailed this 9th day of June 2006, to:

John Carlin, Esq.
Office of the United States Attorney
Judiciary Center
555 Fourth Street N.W.
Washington, D.C. 20001

/s/
Richard Winelander