# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

JOSEPH THOMAS COLON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 06-063

RICHARD W. WINELANDER
Defendant's Attorney

**FILED**

JUL 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pleaded guilty to Count(s) 1-4 on 03/24/06.

Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 18 USC 1030(a)(2)(B) | Intentionally Accessing a Computer While Exceeding Authorized Access and Obtaining Information from any Department of the United States | 03/02/04 | 1-4 |

As pronounced on 07/13/06, the defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the 21st day of July 2006.

_____
The Honorable Richard J. Leon

Defendant's Soc. Sec. No.: XXX-XX-7191
Defendant's Date of Birth: XX-XX-77
Defendant's FBI No.: 77918MC4
Defendant's Residence and Mailing Address:

Defendant: JOSEPH THOMAS COLON                                    Judgment - Page 2 of 3
Case Number: 06-063

## PROBATION

The Defendant is hereby placed on probation for a term of 36 months.

While on probation, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.   If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervision.

## STANDARD CONDITIONS OF PROBATION

1.   You will not leave the judicial district without permission of the Court or probation officer.
2.   You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3.   You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.   You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5.   You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.   You will notify the probation officer at least ten days prior to any change of residence or employment.
7.   You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8.   You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9.   You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10.  You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11.  You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12.  As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13.  You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1.   Defendant is sentenced to serve concurrent probation of 36 months on each of counts 1 thru 4.

2    Defendant shall pay a restitution in the amount of $20,000.00 due immediately payable to the Federal Bureau of Investigation. If the payment cannot be paid in full, the defendant shall pay the restitution in a monthly rate of $125.00. The Court waives the interest that my accrue on the restitution amount.

3.   The Court finds that the defendant does not have the ability to pay a fine and, therefore, waives imposition of a fine in this case.

4.   Defendant shall pay a special assessment fee of $25.00 on each count for total of $100.00, payable immediately to the Clerk of the Court for the U. S. District, District of Columbia.

5.   Defendant shall be placed on Home Confinement for a period of 180 days, to commence within (30) days of being placed on probation. The Court finds that the defendant does not have the ability to pay both restitution and the cost of electronic monitoring, therefore, the Court waives the cost of electronic monitoring. During this time, the defendant remain at defendant's place of residence, except for employment or other activities approved in advance by the United States Probation Office in the District of Columbia. Defendant shall maintain a telephone at defendant's place of residence without any special features, modems, answering machine, or cordless telephones during the term of electronic monitoring. The defendant shall wear an electronic devise and shall observe the rules specified by the United States Probation Office in the District of Columbia. Defendant shall not leave the judicial district to which defendant is released during the term of electronic monitoring.

6.   If the defendant fails to fulfill the restitution at the time of sentencing, defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the United States Probation Office in the District of Columbia.

7.   Defendant shall provide the United States Probation Office with defendant's income tax returns, authorization for release of credit information, an any other business or financial information in which defendant has a control or interest.

The United States Probation Office shall release the pre-sentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the pre-sentence report to the United States Probation Office upon the defendant's completion or termination from treatment.

Defendant: JOSEPH THOMAS COLON                                                    Judgment - Page 3 of 3
Case Number: 06-063

Defendant has the right appeal the sentence imposed by this Court. If the defendant chooses to appeal, the defendant must do so within 10 days after the Court has entered judgment in this case. If the defendant is unable to afford the cost of an appeal, the defendant may request permission from the Court to file an appeal in forma pauperis.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine; (4) cost of prosecution; (5) interest; (6) penalties.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $100.00 | $20,000.00 | $0.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $100.00 for Count(s) 1-4, which shall be due immediately.

### RESTITUTION

The defendant shall make restitution in the total amount of $$20,000.00. The interest for restitution is waived by the Court.

The defendant shall make restitution to the following persons in the following amount:

| Name of Payee | Payee Address | City, State, Zip | Amount |
|---|---|---|---|
| Federal Bureau of Investigation | Edgar Hoover Building 935 Pennsylvania Avenue, N. W. Washington, D. C. 205358 | | $20,000.00 |

The restitution payment is due immediately.

If a victim has received compensation from insurance or any other source with respect to a loss, restitution shall be paid to the person who provided or is obligated to provide the compensation, but all restitution of victims shall be paid to the victims before any restitution is paid to such a provider of compensation.

If the fine and/or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 Constitution Ave., N. W., Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.